Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
Attorneys for Defendants
DeVry University, Inc., Regina Campbell, Scarlett Howery, and Laura Knuth

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAD MALDONADO,<br><br>            Plaintiff,<br><br>    -vs-<br><br>DEVRY UNIVERSITY, INC.; REGINA CAMPBELL; SCARLETT HOWERY; LAURA KNUTH; ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals),<br><br>            Defendants. | Civil Action No. 23-cv-3272<br><br><br><br><u>**NOTICE OF REMOVAL**</u> |

To:   Clerk of the Court
      United States District Court for the District of New Jersey
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street Room 4015
      Newark, New Jersey 07101

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331 and 1441, Defendants DeVry University, Inc., Regina Campbell, Scarlett Howery, and Laura Knuth ("Defendants"), by their attorneys, Seyfarth Shaw LLP, hereby remove the action filed by Plaintiff Chad Maldonado ("Plaintiff") identified as *Chad Maldonado vs. DeVry University, et al.*, Docket No. MID-L-002389-23 (the "State Court Action"), from the Superior Court of New Jersey, Law Division,

1

95549458v.2

Middlesex County, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendants state as follows:

## INTRODUCTION

1. On or about April 27, 2023, Plaintiff filed a Complaint (the "Complaint") against Defendants in the Superior Court of New Jersey, Middlesex County. A true and correct copy of the Complaint filed in the State Court Action is attached hereto as "**Exhibit A**".

2. The Complaint pleads various claim for violations of the New Jersey Law Against Discrimination ("NJLAD") – N.J.S.A. 10:5-1, *et seq*.,

3. The docket sheet does not reflect that any Defendant has been served in the State Court Action and the Defendants have not filed any pleadings in the State Court Action.

4. All served parties consent to removal.

## TIMELINESS OF REMOVAL

5. Defendant DeVry University was served in the State Court Action on May 16, 2023.

6. Regina Campbell, Scarlett Howery, and Laura Knuth (collectively the "Individual Defendants") have not been served in the State Court Action.

7. Pursuant to 28 U.S.C. § 1446(b), actions may be removed within thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

8. Therefore, this action is removable as thirty (30) days have not passed since Defendants became aware of the Complaint.

95549458v.2

## **GROUNDS FOR REMOVAL**

9. This action may be removed under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff is a resident of the State of New Jersey. (Compl. ¶ 1)

11. DeVry University is a corporation organized under the laws of the State of Illinois with its principal place of business in Naperville, Illinois.

12. Regina Campbell is a citizen of South Carolina.

13. Scarlett Howery is the Vice President of Public Workforce Solutions for DeVry University and is a citizen of Georgia.

14. Laura Knuth is the Director of Colleague Relations for DeVry University and is a citizen of Illinois.

15. To the extent Plaintiff's Complaint names John Does as catch-all defendants, they should be disregarded for purposes of removal. *See* 28 U.S.C. § 1441(a) ("For purposes of removal, ... the citizenship of parties sued under fictitious names shall be disregarded.").

16. Although Defendants deny that they should be liable for any damages whatsoever, and do not concede Plaintiff's allegations, the claimed back pay, front pay, compensatory damages, punitive damages, and attorney's fees sought by Plaintiff, establish by a preponderance of the evidence that the amount in controversy exceeds the $75,000 threshold for purposes of removal. *See* Compl. Counts I-IV, Wherefore Clauses.

17. Based upon the allegations in the Complaint, and without waiving any challenges with respect to same, venue is proper in this Court because the State Court Action was filed in the Superior Court of New Jersey, Middlesex County.

18. As of the below date, no discovery has been issued or commenced in the State Court Action though Plaintiffs served discovery requests on DeVry University.

**NOTICE OF FILING OF REMOVAL IN SUPERIOR COURT OF NEW JERSEY**

19. This Notice of Removal is being filed in the United States District Court for the District of New Jersey, because this is the district court in which the State Court Action is pending. 28 U.S.C. § 1441(a).

20. Pursuant to 28 U.S.C. § 1446, Defendants will file written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, with the Clerk of the Superior Court of New Jersey, Middlesex County. Defendants also will serve a copy of the notice filed with the Superior Court of New Jersey on counsel for Plaintiff.

21. By filing this Notice of Removal, Defendants neither admit any factual allegations, nor waive any affirmative defenses and/or preliminary objections that may be available to them.

22. Should any question arise as to the propriety of this removal, Defendants request the opportunity to brief any disputed issues and to present oral argument in support of their position.

**WHEREFORE**, Defendants respectfully request that the above-referenced civil action proceed in the United States District Court for the District of New Jersey, as an action properly removed to that court.

95549458v.2

                Respectfully submitted,
                SEYFARTH SHAW LLP
                *Attorneys for Defendants,*
                *DeVry University, Inc., Reginal Campbell,*
                *Scarlett Howery, and Laura Knuth*

        By: /s/ Robert T. Szyba
             Robert T. Szyba
             620 Eighth Avenue
             New York, New York 10018
             Tel.: (212) 218-3351

Dated: June 14, 2023

95549458v.2

**CERTIFICATION PURSUANT TO L. CIV. R. 11.2**

I certify that, to the best of my knowledge, this matter is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

SEYFARTH SHAW LLP
*Attorneys for Defendants,*
*DeVry University, Inc., Reginal Campbell,*
*Scarlett Howery, and Laura Knuth*


By: /s/ Robert T. Szyba
    Robert. T. Szyba
    620 Eighth Avenue
    New York, New York 10018
    Tel.: (212) 218-3351

Dated: June 14, 2023

95549458v.2

## **CERTIFICATE OF SERVICE**

I, Robert T. Szyba, hereby certify that on the below date, I caused a true and correct copy of the foregoing Notice of Removal, with exhibits and all accompanying documents, to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, and by Federal Express upon the following counsel for Plaintiff:

> Peter D. Valenzano, Esq.
> MCOMBER MCOMBER & LUBER, P.C.
> 54 Shrewsbury Avenue
> Red Bank, New Jersey 07701

Respectfully submitted,

/s/ Robert T. Szyba
Robert T. Szyba

Dated: June 14, 2023

95549458v.2